672 A.2d 182

IN THE MATTER OF JOHN A. MOORE, AN ATTORNEY AT LAW.

March 21, 1996.

## ORDER

The Disciplinary Review Board having filed a report with the Court on December 14, 1995, recommending that **JOHN A. MOORE** of **JERSEY CITY,** who was admitted to the bar of this State in 1983, and who was thereafter temporarily suspended from the practice of law by Order of this Court dated April 7, 1995, and who remains suspended at this time, be disbarred for his conduct in two matters, including lack of diligence, in violation of *RPC* 1.3, failure to keep his client reasonably informed and to comply promptly with reasonable requests for information, in violation of *RPC* 1.4(a), failure to return sizeable unearned retainers, in violation of *RPC* 1.16, and failure to cooperate with the disciplinary authorities, in violation of *RPC* 8.1(b);

And respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that JOHN A. MOORE be disbarred, effective immediately, and his name be stricken from the roll of attorneys of this State; and it is further

ORDERED that **JOHN A. MOORE** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that **JOHN A. MOORE** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.